AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT

AUG 22                    2025
Dinah Milton Kinney, Clerk
By _____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Habroon Habib | ) | Case No. 3:25 mj 781 (SDV) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 1, 2025 to Present   in the county of   Middlesex   in the
_____ District of   Connecticut  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956 | Money Laundering |
| 18 U.S.C. § 1957 | Monetary Transactions In Property Derived From Specified Unlawful Activity |
| 18 U.S.C. § 1960 | Unlicensed Money Transmitting Business |
| 18 U.S.C. § 271 | Conspiracy |

This criminal complaint is based on these facts:

Affidavit of Ryan P. Driscoll, attached hereto.

☒ Continued on the attached sheet.

RYAN DRISCOLL
Digitally signed by RYAN DRISCOLL
Date: 2025.08.22 12:14:54 -04'00'

*Complainant's signature*

Ryan P. Driscoll, Special Agent HHS-OIG

*Printed name and title*

Sworn to before me and signed .based on information communicated by telephone or other reliable electronic means.

Date:   08/22/2025

SDV
*Judge's signature*

City and state:   Bridgeport, Connecticut         S. Dave Vatti, U.S. Magistrate Judge
*Printed name and title*