United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
Aug 22, 2025
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE: APPLICATION FOR          :     **UNDER SEAL**
ARREST WARRANT                  :
                                :
                                :     No. 3:25mj 781 (SDV)

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States moves the Court for an order sealing the enclosed complaint, affidavit, arrest warrant, this motion, and the order of sealing for a period of six months, until February 22, 2026, or the unsealing of a complaint or indictment in this matter, whichever is earlier. The Government makes this application because the investigation of the criminal activities described in the documents to be sealed is covert and ongoing. Premature disclosure of the contents of the documents could result in the destruction of evidence by the targets of the investigation and could frustrate this investigation by alerting the targets to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants. Moreover, disclosure of the arrest warrant may jeopardize the safety of the agents executing the arrest.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

DAVID SHELDON
Digitally signed by DAVID SHELDON
Date: 2025.08.22 12:35:29 -04'00'

DAVID J. SHELDON
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct07997
157 Church Street, Floor 25
New Haven, Connecticut 06510
Tel: (203) 821-3700
david.sheldon@usdoj.gov